```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


ANDY ADAMS and HEATHER ADAMS,        CIV. NO. S-04-0979 DFL CMK
husband and wife, et al.,

          Plaintiffs,

          v.

UNITED STATES OF AMERICA;
et al.,

          Defendants.
_____/    RELATED CASE ORDER

In re: TREVOR DEAN ADAMS and
SHANNON DOREEN ADAMS,                Bankruptcy Petition No.:
                                     05-37300-A-7
          Debtors,                   DCN: USA-2

     v.

UNITED STATES OF AMERICA,

          Plaintiff,

     v.

TREVOR DEAN ADAMS, and
SHANNON DOREEN ADAMS, also
known as "Shannon D. Hatfield"
fdba TS Livestock,

          Defendants.
_____/
```

1  UNITED STATES OF AMERICA,                CIV. NO. S-06-0637 LKK
2           Plaintiff,
3       v.
4  TREVOR DEAN ADAMS and
   SHANNON DOREEN ADAMS,
5
            Defendants.
6  _____/

7       Examination of the above-entitled actions reveals that
8  these actions are related within the meaning of Local Rule 83-123
9  (E.D. Cal. 2005). Accordingly, the assignment of the matters to
10 the same judge and magistrate judge is likely to effect a
11 substantial savings of judicial effort and is also likely to be
12 convenient for the parties.
13      The parties should be aware that relating the cases under
14 Local Rule 83-123 merely has the result that these actions are
15 assigned to the same judge and magistrate judge; no consolidation
16 of the actions is effected.  Under the regular practice of this
17 court, related cases are generally assigned to the judge and
18 magistrate judge to whom the first filed action was assigned.
19      IT IS THEREFORE ORDERED that the action denominated CIV. NO.
20 S-06-0637 LKK be reassigned to Judge David F. Levi and Magistrate
21 Craig M. Kellison for all further proceedings, and any dates
22 currently set in this reassigned case only are hereby VACATED.
23 The parties are referred to the attached Order Requiring Joint
24 Status Report.  Henceforth, the caption on documents filed in the
25 reassigned case shall be shown as CIV. NO. S-06-0637 DFL CMK.
26 //

1      IT IS FURTHER ORDERED that the Clerk of the Court make
2  appropriate adjustment in the assignment of civil cases to
3  compensate for this reassignment.
4      IT IS SO ORDERED.
5  DATED: April 12, 2006

                                /s/ David F. Levi
                                DAVID F. LEVI
                                United States District Judge