McGREGOR W. SCOTT
United States Attorney
ANA MARIA MARTEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2826

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY ADAMS, ET AL., | No. CIV. S-04-0979-DFL-CMK |
| Plaintiffs-Counter-Defendants, | |
| v. | |
| UNITED STATES OF AMERICA, ET AL. | |
| Defendants, counter-claimants. | |

**ORDER DISMISSING  KENNETH P. DAVIS AND SUZANNE DAVIS**

Pursuant to the stipulation of the parties, Kenneth P. Davis and Suzanne Davis, and the United States of America, Kenneth P. Davis and Suzanne Davis are dismissed as parties herein.

IT IS SO ORDERED.

Dated:  10/6/2006

_____
DAVID F. LEVI
United States District Judge

1