McGREGOR W. SCOTT
United States Attorney
ANA MARIA MARTEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2826

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY ADAMS, ET AL.,<br><br>Plaintiffs-Counter-Defendants,<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.<br><br>Defendants, counter-claimants. | No. CIV. S-04-0979-DFL-CMK |

**ORDER DISMISSING ANDY ADAMS AND HEATHER ADAMS**

Pursuant to the stipulation of the parties, Andy Adams and Heather Adams, and the United States of America, Andy Adams and Heather Adams are dismissed as parties herein.

IT IS SO ORDERED.

Dated: 10/6/2006

_____
DAVID F. LEVI
United States District Judge

1