McGREGOR W. SCOTT
United States Attorney
ANA MARIA MARTEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2826

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY ADAMS, ET AL.,<br><br>    Plaintiffs-Counter-Defendants,<br><br>    v.<br><br>UNITED STATES OF AMERICA, ET AL.<br><br>    Defendants, counter-claimants. | No. CIV. S-04-0979-DFL-CMK |

**ORDER DISMISSING MARK W. EWING AND RENEE B. EWING**

Pursuant to the stipulation of the parties, Mark W. Ewing and Renee B. Ewing, and the United States of America, Mark W. Ewing and Renee B. Ewing are dismissed as parties herein.

IT IS SO ORDERED.

Dated: 10/10/2006

_____
DAVID F. LEVI
United States District Judge

1