McGREGOR W. SCOTT
United States Attorney
ANA MARIA MARTEL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916/554-2700
Facsimile: 916/554-2900
Attorneys for the United States of America

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| ANDY ADAMS and HEATHER ADAMS, husband and wife, *et. al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et. al.,*<br><br>Defendants. | Civil No. S-04-0979 DFL KJM-PS |

**JUDGMENT AGAINST BILL AND PAULINE CRAFT**

Pursuant to the stipulation of the Parties, Bill and Pauline Craft, and the United States of America, judgment in favor of the United States and against Bill and Pauline Craft is entered in the sum of four hundred thirty-three thousand nine hundred sixty-three dollars and nine cents ($433,963.09) together with accrued and accruing interest from and after October 5, 2006, all costs and attorney's fees in the sum of 10% of the debt.

IT IS SO ORDERED.

Dated: 10/10/2006

_____
DAVID F. LEVI
United States District Judge

1