```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


ANDY ADAMS and HEATHER ADAMS,
husband and wife, et al.,

          Plaintiffs,
                                      Civ. No. S-04-979 DFL KJM PS
          v.

UNITED STATES OF AMERICA, et al.,

          Defendants.
                                /     RELATED CASE ORDER

IN RE:
TERRY ALLEN ADAMS, SR., AND
LINDA GAIL ADAMS,
                                      Civ. No. 07-382 MCE DAD
          Debtors.                    Bky. No. 06-23050-A-7
                                      Adversary No. 06-2388

UNITED STATES OF AMERICA,

          Plaintiff,

      v.
PATRICK McCAULEY AND PATRICIA
McCAULEY,

          Defendants.
                                /
```

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123

(E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CIV. No. 07-382 MCE DAD be reassigned to Judge David F. Levi and Magistrate Kimberly J. Mueller for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as CIV. No. 07-382 DFL KJM.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED:   March 30, 2007

/s/ David F. Levi
DAVID F. LEVI
United States District Judge