JAMES D. VAN NESS
VAN NESS, HAMMOND, MOONEY L.L.C.
388 State Street, 7th Floor
Salem, Oregon 97301-3584
Telephone: 503-365-8800
Facsimile: 503-365-8822
Attorneys for Plaintiffs Pro Hac Vice

McGREGOR W. SCOTT
United States Attorney
ANA MARIA MARTEL
Assistant United States Attorney
501 "I" Street, Suite 10-100
Sacramento 95814-2322
Telephone: 916-554-2700
Facsimile: 916-554-2900
Attorneys for United States

**OK/HAV**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| ANDY ADAMS, ET AL.,<br><br>    Plaintiffs-Counter-Defendants,<br><br>         v.<br><br>UNITED STATES OF AMERICA, ET AL.<br><br>    Defendants, Counter-Claimants. | CIV. S-04-0979-DFL-CMK |

JOINT STIPULATION FOR AN EXTENSION OF THE DISCOVERY SCHEDULE

AND ORDER

Plaintiffs/counterdefendants, through their attorney of record, and Defendants/counterclaimants, through their attorney of record, respectfully request that the Court extend the discovery and trial schedule as described below.  The Court has granted no previous extensions to the original discovery schedule.

1

| | | |
|---|---|---|
| • | Plaintiffs' disclosure of expert witnesses and reports: | May 31, 2007 |
| • | Defendants' disclosure of expert witnesses and reports: | June 30, 2007 |
| • | Last day to file dispositive motions: | August 31, 2007 |
| • | Hearing on dispositive motions: | October 3, 2007 at 10:00 a.m. |
| • | Joint Pretrial statement due on or before: | November 23, 2007 |
| • | Final Pretrial conference: | November 30, 2007 at 3:00 p.m. |
| • | Trial: | January 14, 2008 at at 8:30 a.m. |

Respectfully submitted,

VAN NESS, HAMMOND, MOONEY L.L.C.

Dated: _____ _____
JAMES D. VAN NESS
Attorney for Plaintiffs


McGREGOR W. SCOTT
United States Attorney

Dated: _____ _____
ANA MARIA MARTEL
Assistant U.S. Attorney
Attorney for Defendants


**SO ORDERED.**


_____ /s/ David F. Levi _____
Honorable David F. Levi
United States District Court Judge

2