UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

ANDY ADAMS and HEATHER ADAMS, husband and wife, *et. al.*,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, *et. al.*,

    Defendants.

UNITED STATES OF AMERICA,

    Plaintiff

v.

Patrick McCauley and Patricia McCauley

    Defendants.

Civil No. 04-0979 DFL KJM-PS

    The court finds that it possesses the authority to grant the United States a writ of possession under Cal. Civ. Proc. Code § 512.010.

    In California, parties seeking claim and delivery may file for a writ of possession under Cal. Civ. Proc. Code § 512.010. Simms v. NPCK Enter. Inc., 109 Cal. App. 4th 233, 241 (2003). Courts must issue the writ if the plaintiff establishes that: (1) it is entitled to possession of the property; and (2) defendant

is wrongfully detaining the property.  Cal. Civ. Proc. Code §§ 512.010, 512.040 (2007).

The United States is correct that it is entitled to possession of the livestock.  The Adams pledged the animals as collateral to their FSA loans.  Because the Adams defaulted on their loans, the United States is entitled to recover the animals.

Moreover, the McCauleys's continued possession is wrongful. This dispute between the McCauleys and the government has carried on since August 2006, almost immediately after the McCauleys took possession of the sheep.  By steadfastly refusing to turn over the sheep or to sell them, the McCauleys have continued to incur costs that dramatically increase the value of their lien at the expense of the government's lien.  These costs could have been avoided if the McCauleys took advantage of settling their claims in the bankruptcy court.  California law also provides for a procedure for the McCauleys to either keep possession of the sheep or to sell them, Cal. Civ. Code § 3080.21, which they did not follow.  In addition, the McCauleys have made accounting more difficult by commingling the Adams' sheep with their own. Finally, the timing of the Adams' bankruptcy and the McCauleys' possession is suggestive of collusion intended to defeat the government's lien.

After reviewing the McCauleys's proposal and the government's proposal, the court finds the government's proposal more reasonable.  Therefore, the court GRANTS the United States a writ of possession and ADOPTS the United States's proposal for sale of the herd.

1
2
3     IT IS SO ORDERED.
4  Dated: May 11, 2007
5                              /s/ David F. Levi
                               DAVID F. LEVI
6                              United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28