UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

ANDY ADAMS and HEATHER ADAMS, husband and wife, *et. al.*,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, *et. al.*,

    Defendants.

UNITED STATES OF AMERICA,

    Plaintiff

v.

Patrick McCauley and Patricia McCauley

    Defendants.

Civil No. 04-0979 DFL KJM-PS

ORDER FOR SALE OF SHEEP

Having reviewed the pleadings filed in connection with the above-captioned third party complaint, including the pleadings related to the motion for withdrawal of reference of the adversary proceeding against the McCauleys filed by the United States, and having considered the argument of counsel,

I **ADJUDGE, DECREE** and **ORDER** AS FOLLOWS:

1.    That the sheep at issue be sold by the Escalon Livestock Auction ("Escalon") by no later than May 18, 2007;

2.    That the proceeds of said sale, after deducting Escalon's expenses, be

      deposited with the Clerk of this Court to be held in an interest bearing account, pending further order by this Court;

3. That Defendants Patrick and Patricia McCauley cause the sheep at issue to be at their pasture located at or near 2313 Bellevue Ave, Atwater California beginning no later than May 15, 2007 so that the sheep are available for pick-up by Escalon;

4. That Defendants Patrick and Patricia McCauley cooperate fully with Escalon to minimize Escalon's costs and expenses of picking up the sheep and selling the same, including, without limitation, coordinating with Escalon convenient times for picking up the sheep and causing the sheep to be penned or corralled so that the sheep can be easily loaded into appropriate vehicles by Escalon.

DONE THIS 11th DAY OF MAY, 2007

/s/ David F. Levi  
Honorable David F. Levi  
United States District Judge