1

2                    UNITED STATES DISTRICT COURT

3                 FOR THE EASTERN DISTRICT OF CALIFORNIA

4                           (Sacramento Division)

5

6   ANDY ADAMS and HEATHER
    ADAMS, husband and wife, *et. al*.,

7

8             Plaintiffs,                    Civil No. CIV. S-04-0979-RRB-CMK

9        v.

10  UNITED STATES OF AMERICA, *et.
    al.,*

11            Defendants.

12

13  ─────────────────────────────

14  UNITED STATES OF AMERICA,

    Plaintiff

15

16       v.

17  Patrick McCauley and Patricia McCauley

18            Defendants.

19

20          JUDGEMENT AGAINST CHARLES OHM, BARBARA OHM,
                SUSAN OHM, JOHN OHM AND OHM RANCH

21          Upon the stipulation of Charles and Barbara Ohm, John and Susan Ohm and Ohm

22  Ranch, plaintiffs and counterdefendants herein, and the United States of America, on behalf of

23  its Department of Agriculture, Farm Service Agency ("FSA"), defendant and counterclaimant

24  herein, the Court finds, holds and decrees as follows:

25          1.  The claims against the United States Department of Agriculture, in the complaint  by

26  Charles and Barbara Ohm, John and Susan Ohm and Ohm Ranch against the United States

27  Department of Agriculture are hereby dismissed with prejudice.

28

                                          1

2. Judgment is entered on the counterclaim by the United States against Charles and Barbara Ohm, John and Susan Ohm and Ohm Ranch, jointly and severally (referred to hereinafter as "the Ohms"), in the sum of two million three hundred sixty-one thousand three hundred ninety-one dollars and twenty-seven cents ($2,361,391.27) as of July 31, 2007, together with accrued and accruing interest as provided in the various promissory notes and attorney's fees surcharge of 10% of the total debt as provided in 28 U.S.C. § 3011.

3. If the Ohms fail to make any payment when and as detailed in the stipulation filed in this case or otherwise breach any of the other terms therein, the United States shall be entitled to collect on this judgment by foreclosing on its security and collateral and on any other property of the Ohms until the judgment is paid in full.

4. This Court decrees that upon written request of the United States to the Clerk of this Court attesting to the breach of the stipulation herein by the Ohms, the Clerk of this Court shall issue a writ of special execution and order of sale directing the United States Marshal to seize the real properties mortgaged or liened to the United States and sell them under execution according to the law and practice of this Court, at which sale any party to this action may become a purchaser; that the Marshal shall be directed, out to the proceeds of said sales, to pay first the costs of sale and thereafter to pay to the United States, on behalf of the FSA, the remaining proceeds to the extent necessary to satisfy all sums adjudged due to the United States and that any funds remaining after said sale and payment to the United States be deposited with the Clerk of the Court subject to the jurisdiction and further order of this Court.

5. That if the sale of the real properties mortgaged or liened to the United States not be sufficient to pay the sums adjudged due to the United States herein, that the Marshal shall seize and sell the personal property pledged by the Ohms, jointly and severally, to FSA and all other real and personal property of the Ohms, jointly and severally, and in their revocable Trusts and sell said property under execution according to the law and practice of this Court, at which sale any party to this action may become a purchaser; that the Marshal shall, out to the proceeds of said sales, pay first the costs of sale and thereafter to pay to the United States, on behalf of the FSA, the remaining proceeds to the extent necessary to satisfy all sums adjudged due to the United States until the all sums adjudged due to the

1   United States be satisfied and that any funds remaining thereafter be deposited with the Clerk of the

2   Court subject to the jurisdiction and further order of this Court.

3         6.  That upon completion of said sale or sales, the Marshal shall issue and deliver to the

4   purchaser(s) certificate(s) of sale; that upon the applicable period of redemption provided by Federal

5   law, if any, if the subject property or properties not be redeemed, the Marshal shall issue and deliver to

6   the holder or holders of the certificate(s) of sale a deed or deeds to said premises or personal property,

7   free and clear of all claims and demands of the Plaintiffs/Counterdefendants, Charles Ohm, Barbara

8   Ohm, Susan Ohm, John Ohm, Ohm Ranch, their assignees and/or any revocable trusts holding any of

9   their property.

10              SO ORDERED.

11

12  Dated: November 6, 2007

13

14

15

16                            /s/ Ralph R. Beistline
                              HONORABLE RALPH R. BEISTLINE
17                            United States District Judge

18

19
    Approved as to form and content:
20
    _____
21  James D. Van Ness,
    attorney for Plaintiffs and Counterdefendants
22  Charles and Barbara Ohm,
    John and Susan Ohm
23  and Ohm Ranch

24

25

26

27

28

                                    3