James D. Van Ness (OR SBN 99119)
VAN NESS, MOONEY L.L.C.
388 State Street, 7th Floor
Salem, Oregon 97301-3584
Telephone: 503-365-8800
Facsimile: 503-365-8822
Attorney for Plaintiffs

McGREGOR W. SCOTT
United States Attorney
ANA MARIA MARTEL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916/554-2700
Facsimile: 916/554-2900
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| ANDY ADAMS and HEATHER ADAMS, husband and wife, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et. al.*, <br><br> Defendants. | Civil No. CIV. S-04-0979-RRB-CMK |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Patrick McCauley and Patricia McCauley <br><br> Defendants. | |

JUDGMENT AGAINST MARY A. THOMPSON AND MELVIN A. THOMPSON

1

Upon the Stipulation of Melvin A. Thompson and Mary Ann Thompson and the United States of America on behalf of its Department of Agriculture, its Secretary of Agriculture, its Farm Service Administrator and its Farm Service Agency, the Court finds, holds and decrees as follows:

1. The complaint by Mary Ann Thompson and Melvin A. Thompson against the United States of America, on behalf of its Department of Agriculture, Farm Service Agency, its Secretary of Agriculture and its Farm Service Administrator is dismissed with prejudice.

2. Judgment is hereby entered for the United States on its counterclaim against Mary Ann Thompson and Melvin A. Thompsons, jointly and severally, in the sum of $423,879.88 as of August 31, 2007, together with accrued and accruing interest as provided in the various promissory notes, and the 10% attorneys' fee surcharge provided in 28 U.S.C. § 3011.

3. If the Thompsons fail to make payments when and as detailed in the stipulation filed in this case or breach any of the other terms therein, the United States shall be entitled to collect on said judgment by foreclosing on its security and collateral and on any other property of the Thompsons until paid in full.

4. This Court decrees that upon written request of FSA to the Clerk of this Court attesting to the breach of the stipulation herein by the Thompsons, the Clerk of this Court shall issue a writ of special execution and order of sale directing the United States Marshal to seize and sell the real properties mortgaged or liened to the United States and sell them under execution according to the law and practice of this Court, at which sale any party to this action may become a purchaser; that the Marshal be directed out of the proceeds of said sales to pay first the costs of sale and thereafter to pay to the United States, on behalf of the FSA, the remaining proceeds to the extent necessary to satisfy all sums adjudged due to the United States and that any funds remaining after said sale be directed to be deposited with the Clerk of the Court subject to the jurisdiction and further order of this Court.

5. That if the sale of the real properties mortgaged or liened to the United States not be sufficient to pay the sums adjudged due to the United States herein, that the Marshal be

|   |   |
|---|---|
| 1 | directed to seize and sell the personal property pledged by the Thompsons to FSA and all |
| 2 | other real and personal property of the Thompsons, jointly and severally, and sell said |
| 3 | property under execution according to the law and practice of this Court, at which sale |
| 4 | any party to this action may become a purchaser; that the Marshal be directed out of the |
| 5 | proceeds of said sales to pay first the costs of sale and thereafter to pay to the United |
| 6 | States, on behalf of the FSA, the remaining proceeds to the extent necessary to satisfy all |
| 7 | sums adjudged due to the United States until all the sums adjudged due to the United |
| 8 | States be satisfied and that any funds remaining after said sale or sales be directed to be |
| 9 | deposited with the Clerk of the Court subject to the jurisdiction and further order of this |
| 10 | Court. |

6. That upon completion of said sale or sales, the Marshal shall issue and deliver to the purchaser(s) certificate(s) of sale; that upon the applicable period of redemption provided by Federal law, if any, if the subject property or properties not be redeemed, that the Marshal shall issue and deliver to the holder or holders of the certificate(s) of sale a deed or deeds to said premises or personal property, free and clear of all claims and demands of the Plaintiffs/Counterdefendants, Melvin A. Thompson and Mary Ann Thompson or their assigns.

SO ORDERED.

Dated: 12/27/07

HONORABLE RALPH R. BEISTLINE
United States District Court Judge

Approved as to form and content:

_____
James D. Van Ness,
attorney for Plaintiffs and Counterdefendants
Mary Ann Thompson and Melvin A. Thompson

3