UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| ANDY ADAMS and HEATHER ADAMS, husband and wife, *et. al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et. al.*,<br><br>Defendants. | Civil No. CIV. S-04-0979-RRB-CMK |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Patrick McCauley and Patricia McCauley<br><br>Defendants. | |

JUDGMENT AGAINST RHONDA L. HAMMOND AND DOUGLAS L. HAMMOND

Upon the Stipulation of Rhonda L. Hammond and Douglas L. Hammond and the United States of America on behalf of its Department of Agriculture, its Secretary of Agriculture, its Farm Service Administrator and its Farm Service Agency, the Court finds, holds and decrees as follows:

1. The complaint by Rhonda L. Hammond and Douglas L. Hammond against the United States of America, on behalf of its Department of Agriculture, Farm Service Agency, its Secretary of Agriculture and its Farm Service Administrator is dismissed with prejudice.

2. Judgment is hereby entered for the United States on its counterclaim against Rhonda L. Hammond and Douglas L. Hammond, jointly and severally, in the sum of $705,709.50

1  as of August 31, 2007, together with accrued and accruing interest as provided in the
2  various promissory notes, and the 10% attorneys' fee surcharge provided in 28 U.S.C. §
3  3011.

4  3.  This Court decrees that upon written request of FSA to the Clerk of this Court attesting
5      to the breach of the stipulation herein by the Hammonds, the Clerk of this Court shall
6      issue a writ of special execution and order of sale directing the United States Marshal to
7      seize and sell the real properties mortgaged or liened to the United States and sell them
8      under execution according to the law and practice of this Court, at which sale any party
9      to this action may become a purchaser; that the Marshal be directed out of the proceeds
10     of said sales to pay first the costs of sale and thereafter to pay to the United States, on
11     behalf of the FSA, the remaining proceeds to the extent necessary to satisfy all sums
12     adjudged due to the United States and that any funds remaining after said sale be
13     directed to be deposited with the Clerk of the Court subject to the jurisdiction and further
14     order of this Court.

15 4.  That if the sale of the real properties mortgaged or liened to the United States not be
16     sufficient to pay the sums adjudged due to the United States herein, that the Marshal be
17     directed to seize and sell the personal property pledged by the Hammonds to FSA and all
18     other real and personal property of the Hammonds, jointly and severally, and sell said
19     property under execution according to the law and practice of this Court, at which sale
20     any party to this action may become a purchaser; that the Marshal be directed out of the
21     proceeds of said sales to pay first the costs of sale and thereafter to pay to the United
22     States, on behalf of the FSA, the remaining proceeds to the extent necessary to satisfy all
23     sums adjudged due to the United States until all the sums adjudged due to the United
24     States be satisfied and that any funds remaining after said sale or sales be directed to be
25     deposited with the Clerk of the Court subject to the jurisdiction and further order of this
26     Court.

27 5.  That upon completion of said sale or sales, the Marshal shall issue and deliver to the
28     purchaser(s) certificate(s) of sale; that upon the applicable period of redemption

provided by Federal law, if any, if the subject property or properties not be redeemed, that the Marshal shall issue and deliver to the holder or holders of the certificate(s) of sale a deed or deeds to said premises or personal property, free and clear of all claims and demands of the Plaintiffs/Counterdefendants Rhonda L. Hammond and Douglas L. Hammond or their assigns.

SO ORDERED.

Dated: 1/8/08

HONORABLE RALPH R. BEISTLINE
United States District Court Judge

3