UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| ANDY ADAMS and HEATHER ADAMS, husband and wife, *et. al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et. al.*,<br><br>Defendants. | Civil No. CIV. S-04-0979-RRB-CMK |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Patrick McCauley and Patricia McCauley<br><br>Defendants. | |

JUDGMENT FOR USA and AGAINST WILLIAM HOWARD

There being no opposition to the motion for summary judgment filed by the United States of America against William Howard and William Howard having abandoned his complaint against the United States of America on behalf of its Department of Agriculture, its Secretary of Agriculture, its Farm Service Administrator and its Farm Service Agency, the Court finds, holds and decrees as follows:

1. The complaint by William Howard against the United States of America, on behalf of its Department of Agriculture, Farm Service Agency, its Secretary of Agriculture and its Farm Service Administrator is dismissed with prejudice.

1

2.  Judgment is hereby entered for the United States on its counterclaim against William Howard in the sum of $328,535.85, together with accruing interest from and after July 31, 2007 at the various promissory note interest rates and attorneys' fees and costs of 10% pursuant to 28 U.S.C. § 3011 and the terms of the promissory notes and deeds of trust.

SO ORDERED.

Dated: 1/8/08

HONORABLE RALPH R. BEISTLINE
United States District Court Judge