UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| ANDY ADAMS and HEATHER ADAMS, husband and wife, *et. al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et. al.*,<br><br>Defendants. | Civil No. CIV. S-04-0979-RRB-CMK |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Patrick McCauley and Patricia McCauley<br><br>Defendants. | Date: February 20, 2008<br>Time: 10:00 a.m.<br>Courtroom: 6, 14th Floor<br>Judge: Beistline |

JUDGMENT DISMISSING SHAHIDA and IMDAD KHAN'S COMPLAINT
AND FOR THE UNITED STATES ON ITS COUNTERCLAIM

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the complaint filed by Shahida and Imdad Khan against the United States, on behalf of its Secretary of Agriculture and its Farm Service Agency, is dismissed for failure to prosecute. Judgment in the amount of $78,600 is entered on behalf of the United States and against Shahida and Imdad Khan.

So ordered.

Dated: January 29, 2008

HONORABLE RALPH R. BEISTLINE
United States District Court Judge

1