UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

ANDY ADAMS and HEATHER ADAMS, husband and wife, *et. al.*,

Plaintiffs,

v.

UNITED STATES OF AMERICA, *et. al.,*
Defendants.

Civil No. CIV. S-04-0979-RRB-CMK

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

PATRICK MCCAULEY and PATRICIA MCCAULEY

Defendants.

ORDER THAT FUNDS ON DEPOSIT WITH THE CLERK OF THE COURT BE PAID TO THE UNITED STATES AND DISMISSAL OF THIRD PARTY COMPLAINT

Pursuant to the stipulation filed by the United States of America, on behalf of its Department of Agriculture, Farm Service Agency (FSA), Third-party Plaintiffs herein, and Patrick McCauley and Patricia McCauley, Third-party Defendants (McCauleys) herein, the Court hereby orders the Clerk of the Court to disburse and pay the sum of $38,528.62 together with accrued interest, if any, to the United States of America.

1

1 | Pursuant to said stipulation, the Court also orders that the third party complaint in the above-captioned matter be, and is, dismissed with prejudice. Each side has agreed to bear its or their own attorney's fees and costs.

SO ORDERED.

Dated: 02/26/2008

/s/ Ralph R. Beistline
HONORABLE RALPH R. BEISTLINE
United States District Court Judge