IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY ADAMS, et al., | No. CIV S-04-0979-RRB-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |
| _____ / | |

      Pending before the court is plaintiffs' objection (Doc. 186) to the hearing date for defendant Gordy's motion to set aside entry of default and motion to expunge lis pendens, currently set for October 22, 2008. Plaintiffs argue that this hearing date violates Eastern District of California Local Rule 78-230(b), which prohibits a motion from being set for hearing earlier than 28 days after it is filed if served personally, and 31 days after it is filed if served by mail. Here, defendant Gordy's motions were filed on September 24, 2008, which is exactly 28 days before October 22, 2008. Proofs of service are not attached to the motions filed with the court, and plaintiffs do not provide the court with the proofs of service with their objections. Therefore, the court does not know whether the motions were personally served, in which case the October

1

1  22, 2008, hearing date would not violate the local rule, or served by mail, in which case it would.
2  For this reason, plaintiffs' objection cannot be sustained.
3        The court, however, re-sets the hearing on defendant Gordy's motions to
4  November 20, 2008, at 10:00 a.m. in Redding, California, such date to coincide with hearing on
5  plaintiffs' renewed motion for entry of default judgment.  Defendant Gordy's submissions on
6  October 20, 2008, indicate her assent to this new hearing date.  The parties may appear
7  telephonically at the November 20th hearing.
8        Accordingly, IT IS HEREBY ORDERED that:
9        1.    Plaintiffs' objection (Doc. 168) is not sustained; and
10       2.    The court sua sponte re-sets the hearing on defendant Gordy's motion to
11 set aside entry of default and motion to expunge lis pendens to November 20, 2008, at 10:00 a.m.
12 in Redding, California.

DATED: October 22, 2008

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE