UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA 95814

**Ohm Ranch, et al**

**DEFAULT JUDGMENT**

    **v.**

Case No. CIV S-04cv979 RRB CMK

**USA, et al**

_____

      **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

      **Donna Gordy**

April 6, 2009

VICTORIA C. MINOR, CLERK

By: ___/s/ K. Carlos_____
K. Carlos, Deputy Clerk