## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
### 501 "I" STREET
### SACRAMENTO, CA 95814

**Hammond, et al**

    v.

**USA, et al**

_____

**DEFAULT JUDGMENT**

Case No. CIV S-04-979 RRB CMK

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

    **Donna Gordy**

April 6, 2009

    VICTORIA C. MINOR, CLERK

    By: _/s/ K Carlos_____
    K. Carlos, Deputy Clerk