LAWRENCE G. BROWN
United States Attorney
ANA MARIA MARTEL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916/554-2700
Facsimile: 916/554-2900

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| ANDY ADAMS and HEATHER ADAMS, husband and wife, *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et. al.*, <br><br> Defendants. | No. 2:04-cv-0979 RRB CMK |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Patrick McCauley and Patricia McCauley, <br><br> Defendants. | AMENDED ORDER PURSUANT TO THE AMENDED STIPULATION BETWEEN THE UNITED STATES AND MARY A. THOMPSON AND MELVIN A. THOMPSON |

On or about December 11, 2007, this Court entered a judgment for Defendant, the United States of America, on behalf of its Department of Agriculture, Farm Service Agency (FSA) and against Plaintiffs, Mary A. and Melvin A. Thompson ("Thompsons"), in the above-captioned case. Since said judgment was entered, the Thompsons have changed their operation and are selling their lambs directly to consumers. The change in operation necessitates that the Thompsons alter their payment schedule to FSA and FSA has agreed to said changes. Having considered the request of the Thompsons and the FSA, the Court hereby approves the amended payment schedule as follows:

Order Approving Amended Thompson Stipulation   1

1.     The Thompsons will pay the sum of $10,000 to FSA for the calendar year 2009 in two installments, as follows: $5,000 on September 30, 2009, and $5,000 on December 30, 2009.

2.     The Thompsons will pay the sum of $10,000 to FSA for the calendar year 2010 in four quarterly installments, as follows: $2,500 on March 30, 2010; $2,500 on June 30, 2010; $2,500 on September 30, 2010, and $2,500 on December 30, 2010.

3.     The Thompsons shall pay the sum of twenty-five thousand dollars ($25,000) per year for the following four years, from 2011 to 2014. Said sums shall be paid in equal, quarterly installments.

4.     The quarterly payments referred to in the above paragraph shall be due on March 30, June 30, September 30 and December 30 of each year for the years 2011, 2012, 2013, and 2014.

5.     The parties herein agree that all the remaining terms of the December 11, 2007, order and the prior stipulation of the parties remain unchanged.

SO ORDERED.

Dated this 25 day of September, 2009.

S/ RALPH R BEISTLINE
UNITED STATES DISTRICT JUDGE

Order Approving Amended Thompson Stipulation  2