# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| ANDY ADAMS and HEATHER ADAMS, husband and wife, *et. al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et. al.,*<br><br>Defendants. | Civil No. CIV. S-04-0979-JAM-CMK<br><br>WRIT OF EXECUTION |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK MCCAULEY AND PATRICIA MCCAULEY<br><br>Defendants. | |

**TO: THE UNITED STATES MARSHALL'S SERVICE**

You are directed to enforce the judgment described below with your costs as provided by law.

1. Judgment Creditor:

1

| | |
|---|---|
| 1 | Ohm Ranch, a California Partnership |
| | 10470 Tyler Road |
| 2 | Red Bluff, CA 96080 |

2. Judgment Debtor:

   Donna Gordy
   570 El Cerrito Drive
   Red Bluff, CA 96080

3. Address of Property upon which the judgment is to be enforced:

   570 El Cerrito Drive
   Red Bluff, CA 96080

4. Legal Description of property upon which the judgment is to be enforced:

   LOT 17 OF WESTDALE SUBDIVISION, AS THE SAME IS SHOWN ON THE MAP FILED IN THE TEHAMA COUNTY RECORDER'S OFFICE JUNE 5, 1959, IN BOOK "M" OF MAPS AT PAGES 4 AND 5. APN: 031-063-17

5. Judgment Entered on:

   April 6, 2009

6. Amount of Judgment:

   $366,333.93

7. The estimated value of the dwelling is $130,000.00.

8. The following persons are known to claim an interest in the property:

   Donna Gordy
   570 El Cerrito Drive
   Red Bluff, CA 96080

   Charles Miller
   1445 Scottsdale Way
   Red Bluff, CA 96080-3641

   First Federal Credit Union
   106 L Street, Suite F
   Sacramento, CA 95814

DATED: February 25, 2010

　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE