UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| ANDY ADAMS and HEATHER ADAMS, husband and wife, *et. al*., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et. al.,* <br><br> Defendants. | Civil No. CIV. S-04-0979-JAM-CMK <br><br> WRIT OF EXECUTION |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK MCCAULEY AND PATRICIA MCCAULEY <br><br> Defendants. | |

**TO: THE UNITED STATES MARSHALL'S SERVICE**

You are directed to enforce the judgment described below with your costs as provided by law.

1. Judgment Creditor:

1

1     Ohm Ranch, a California Partnership
    10470 Tyler Road
2     Red Bluff, CA 96080

3   2.     Judgment Debtor:

4     Donna Gordy
    570 El Cerrito Drive
5     Red Bluff, CA 96080

6   3.     Address of Property upon which the judgment is to be enforced:

7     570 El Cerrito Drive
    Red Bluff, CA 96080
8

9   4.     Legal Description of property upon which the judgment is to be enforced:

10 LOT 17 OF WESTDALE SUBDIVISION, AS THE SAME IS SHOWN ON THE MAP FILED IN THE TEHAMA COUNTY RECORDER'S OFFICE JUNE 5, 1959, IN BOOK "M" OF MAPS AT
11 PAGES 4 AND 5.  APN: 031-063-17

12   5.     Judgment Entered on:

13     April 6, 2009

14   6.     Amount of Judgment:

15     $366,333.93

16   7.     The estimated value of the dwelling is $130,000.00.

17   8.     The following persons are known to claim an interest in the property:

18     Donna Gordy
    570 El Cerrito Drive
19     Red Bluff, CA 96080

20     Charles Miller
    1445 Scottsdale Way
21     Red Bluff, CA 96080-3641

22     First Federal Credit Union
    106 L Street, Suite F
23     Sacramento, CA 95814

24

25   DATED: February 25, 2010

26

27                                       **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE
28